B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CASSAN, JAMES THOMAS III** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**CASSAN, KRISTIN K** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7637** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2474** |
| Street Address of Debtor (No. and Street, City, and State):<br>**10198 Bennington Drive**<br>**Huntley, IL**<br><div align="right">ZIP Code<br>**60142**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**10198 Bennington Drive**<br>**Huntley, IL**<br><div align="right">ZIP Code<br>**60142**</div> |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11       of a Foreign Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,   ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as      business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| | **Chapter 11 Debtors** *(header spans right cell above)* |

**Chapter 11 Debtors**

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CASSAN, JAMES THOMAS III**<br>**CASSAN, KRISTIN K** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **McHenry County, Illinois** | Case Number:<br>**11-36875** | Date Filed:<br>**9/09/11** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**   **/s/ Amanda T. Adams**      **July 17, 2013**<br>Signature of Attorney for Debtor(s)     (Date)<br>**Amanda T. Adams 6292588** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                            Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**CASSAN, JAMES THOMAS III**

**CASSAN, KRISTIN K**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ JAMES THOMAS CASSAN, III**

Signature of Debtor  **JAMES THOMAS CASSAN, III**

X  **/s/ KRISTIN K CASSAN**

Signature of Joint Debtor  **KRISTIN K CASSAN**

Telephone Number (If not represented by attorney)

**July 17, 2013**

Date

### Signature of Attorney*

X  **/s/ Amanda T. Adams**

Signature of Attorney for Debtor(s)

**Amanda T. Adams 6292588**

Printed Name of Attorney for Debtor(s)

**Law Offices Of Amanda T. Adams, LLC**

Firm Name

**125 North First Street**
**DeKalb, IL 60115**

Address

**Email: amanda@amandateresaadamslaw.com**
**815-793-6300  Fax: 815-748-0777**

Telephone Number

**July 17, 2013**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **JAMES THOMAS CASSAN, III**
**KRISTIN K CASSAN**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ JAMES THOMAS CASSAN, III**
                      **JAMES THOMAS CASSAN, III**

Date:  **July 17, 2013**

Certificate Number: 00134-ILN-CC-021407066



00134-ILN-CC-021407066

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 15, 2013, at 1:08 o'clock PM CDT, James Thomas Cassan, III received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   July 15, 2013                    By:      /s/Yericiel Grullon

                                         Name:   Yericiel Grullon

                                         Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00134-ILN-CC-021407067



00134-ILN-CC-021407067

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 15, 2013</u>, at <u>1:08</u> o'clock <u>PM CDT</u>, <u>Kristin Kelly Cassan</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 15, 2013</u>          By:     <u>/s/Yericiel Grullon</u>

                                    Name:   <u>Yericiel Grullon</u>

                                    Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **JAMES THOMAS CASSAN, III**
       **KRISTIN K CASSAN**

                          Debtor(s)

Case No. _____

Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ KRISTIN K CASSAN**
                        **KRISTIN K CASSAN**

Date:   **July 17, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re   **JAMES THOMAS CASSAN, III,**        Case No. _____

      **KRISTIN K CASSAN**

_____ ,

                             Debtors         Chapter_____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 54,837.50 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 15,453.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 8,648.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 409,488.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,127.41 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,878.00 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 54,837.50 | | |
| Total Liabilities | | | | 433,589.90 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **JAMES THOMAS CASSAN, III,**
**KRISTIN K CASSAN**

Case No. _____

_____,
Debtors

Chapter _____ **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 8,648.56 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 8,648.56 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,127.41 |
| Average Expenses (from Schedule J, Line 18) | 5,878.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,378.76 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 9,769.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 8,648.56 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 409,488.34 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 419,257.34 |

B6A (Official Form 6A) (12/07)

.

In re    **JAMES THOMAS CASSAN, III,**                                    Case No. _____
         **KRISTIN K CASSAN**

                                    _____,
                                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **JAMES THOMAS CASSAN, III,**                    Case No. _____

               **KRISTIN K CASSAN**

                                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not** list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Husband's Cash On Hand**<br>**Location: 10198 Bennington Drive, Huntley IL 60142** | **H** | 150.00 |
| | | **Wife's Cash on Hand**<br>**Location: 10198 Bennington Drive, Huntley IL 60142** | **W** | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Community Bank**<br>**381 South Main Street, Crystal Lake, IL  60014** | **H** | 150.00 |
| | | **American Community Bank**<br>**381 South Main Street**<br>**Crystal Lake, IL  60014** | **H** | 1.50 |
| | | **TCF Bank**<br>**103 South Randall Road**<br>**Algonquin, IL  60102** | **W** | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Richard & Briana Krajewski; 10293 Hunter Trail;**<br>**Huntley, IL  60142** | **J** | 2,100.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Usual Compliment of Household Goods furniture, 2 Computers, worth 75 dollars total; 5 television sets worth 200 dollars total;  X Box 4 years old worth 50 total; Wii two years old worth 50 dollars total.** | **J** | 1,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Bible, Harry Potter Paperback Books, Family Photos.**<br>**Location: 10198 Bennington Drive, Huntley IL 60142** | **J** | 200.00 |
| 6. Wearing apparel. | | **Miscellaneous everyday wearing apparel of no significant value, wedding rings.**<br>**Location: 10198 Bennington Drive, Huntley IL 60142** | **J** | 300.00 |
| 7. Furs and jewelry. | **X** | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Video Camera, 3 year old Christmas Gift, approximate value 35 dollars.** | **J** | 35.00 |

|  |  |
|---|---|
| Sub-Total > | **4,806.50** |
| (Total of this page) | |

   _**3**_    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**                                    Case No. _____
     **KRISTIN K CASSAN**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**                                    Case No. _____
         **KRISTIN K CASSAN**
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevrolet Suburban with 91,000 miles** | **W** | **5,684.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **printer** **Location: 10198 Bennington Drive, Huntley IL 60142** | **J** | **25.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Rabbits, Fish, Birds, Hermit Crabs** | **J** | **50.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    **5,759.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**             Case No. _____
       **KRISTIN K CASSAN**

                               Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Wife's Wages from U.S. Postal Service Location: 10198 Bennington Drive, Huntley IL 60142** | W | 29,732.00 |
| | | **Husband's earnings from Illinois Reclamation Bureau and Active Recovery Agency** | H | 14,540.00 |

|  |  |
|---|---|
| Sub-Total > | 44,272.00 |
| (Total of this page) | |
| Total > | 54,837.50 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **JAMES THOMAS CASSAN, III,**                                Case No. _____

       **KRISTIN K CASSAN**

                                     ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| **Husband's Cash On Hand** <br> Location: 10198 Bennington Drive, Huntley IL 60142 | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **Wife's Cash on Hand** <br> Location: 10198 Bennington Drive, Huntley IL 60142 | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **American Community Bank** <br> 381 South Main Street, Crystal Lake, IL  60014 | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **American Community Bank** <br> 381 South Main Street <br> Crystal Lake, IL  60014 | 735 ILCS 5/12-1001(b) | 1.50 | 1.50 |
| **TCF Bank** <br> 103 South Randall Road <br> Algonquin, IL  60102 | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Richard & Briana Krajewski; 10293 Hunter Trail; Huntley, IL  60142 | 735 ILCS 5/12-1001(b) | 2,100.00 | 2,100.00 |
| **Household Goods and Furnishings** | | | |
| Usual Compliment of Household Goods furniture, 2 Computers, worth 75 dollars total; 5 television sets worth 200 dollars total;  X Box 4 years old worth 50 total; Wii two years old worth 50 dollars total. | 735 ILCS 5/12-1001(b) | 1,800.00 | 1,800.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Bible, Harry Potter Paperback Books, Family Photos. <br> Location: 10198 Bennington Drive, Huntley IL 60142 | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Miscellaneous everyday wearing apparel of no significant value, wedding rings. <br> Location: 10198 Bennington Drive, Huntley IL 60142 | 735 ILCS 5/12-1001(a) | 300.00 | 300.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Video Camera, 3 year old Christmas Gift, approximate value 35 dollars. | 735 ILCS 5/12-1001(b) | 35.00 | 35.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Chevrolet Suburban with 91,000 miles | 735 ILCS 5/12-1001(c) | 4,800.00 | 5,684.00 |

_1_   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re    **JAMES THOMAS CASSAN, III,**            Case No. _____

        **KRISTIN K CASSAN**

_____,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Office Equipment, Furnishings and Supplies** | | | |
| **printer** | **735 ILCS 5/12-1001(b)** | **25.00** | **25.00** |
| **Location: 10198 Bennington Drive, Huntley IL 60142** | | | |
| | | | |
| **Animals** | | | |
| **Rabbits, Fish, Birds, Hermit Crabs** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Wife's Wages from U.S. Postal Service** | **735 ILCS 5/12-803, 740 ILCS 170/4** | **25,272.20** | **29,732.00** |
| **Location: 10198 Bennington Drive, Huntley IL 60142** | | | |
| | | | |
| **Husband's earnings from Illinois Reclamation Bureau and Active Recovery Agency** | **735 ILCS 5/12-803, 740 ILCS 170/4** | **12,359.00** | **14,540.00** |
| | Total: | **47,312.70** | **54,837.50** |

Sheet \_\_**1**\_\_ of \_\_**1**\_\_ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **JAMES THOMAS CASSAN, III,**                                    Case No. _____
         **KRISTIN K CASSAN**
                                                           ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxx4120**<br><br>**Credit Acceptance**<br>**Corporate Headquarters**<br>**25505 West Twelve Mile Road**<br>**Southfield, MI 48034-8339** | | | J | | **Jaunary 20`13**<br><br>**Car Loan**<br><br>**2003 Chevrolet Suburban with 91,000 miles** | | | | | |
| | | | | | Value $          **5,684.00** | | | | **15,453.00** | **9,769.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__  continuation sheets attached

| | Subtotal<br>(Total of this page) | **15,453.00** | **9,769.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **15,453.00** | **9,769.00** |

B6E (Official Form 6E) (4/13)

In re    **JAMES THOMAS CASSAN, III,**                               Case No. _____
         **KRISTIN K CASSAN**

_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **JAMES THOMAS CASSAN, III,**
    **KRISTIN K CASSAN**

Case No. _____

                               Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **xxxx-2533** | | | | 2009 | | | | | | |
| **Illinois Department of Revenue c/o James Marcello Field Compliance 200 South Wyman Street Rockford, IL 61101** | J | | | debts | | | | 4,324.28 | 0.00 | 4,324.28 |
| Account No. **xxxx-2533** | | | | 2009 | | | | | | |
| **James Marcello Field Compliance District 04 200 South Wyman Street Rockford, IL 61101** | H | | | debt | | | | 4,324.28 | 0.00 | 4,324.28 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | | | 8,648.56 | 0.00 | 8,648.56 |
| | | | | Total (Report on Summary of Schedules) | | | | 8,648.56 | 0.00 | 8,648.56 |

B6F (Official Form 6F) (12/07)

In re    **JAMES THOMAS CASSAN, III,**                         Case No. _____
        **KRISTIN K CASSAN**
                                 ,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| **Account No.** xxxxxxx0087 <br><br> **A T & T Mobility** <br> **PO Box 6416** <br> **Carol Stream, IL 60197-6416** | | | | J | **July 2012** <br> **mobile phone service** | | | | **1,700.00** |
| **Account No.** xxx xxx-xx-2474 <br><br> **A T & T Mobility** <br> **PO Box 6416** <br> **Carol Stream, IL 60197-6416** | | | | J | **unknown** <br> **mobile phone service** | | | | **2,000.00** |
| **Account No.** #BWNGKBB <br><br> **A.R.M. Solutions** <br> **PO Box 2929** <br> **Camarillo, CA 93011** | | | | J | **June 17, 2013** | | | | **257.33** |
| **Account No.** xxxxx2629 <br><br> **ABM Allocated Business Management** <br> **o/b/o All Smiles Dental** <br> **PO Box 893** <br> **Mundelein, IL 60060** | | | | J | **2011** <br> **medical services** | | | | **305.13** |

  __26__   continuation sheets attached

                                                       Subtotal              **4,262.46**
                                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**    Case No. _____
**KRISTIN K CASSAN**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2339** <br><br> **Alliance One Recovery Management o/b/o McHenry County P.O. Box 2449 Gig Harbor, WA 98335** | | J | **2011** <br> **CREDIT CARD DEBT** | | | | 95.00 |
| Account No. **xxxx0617** <br><br> **Allianceone Po Box 2449 Gig Harbor, WA 98335** | | H | **Opened 2/15/13** <br> **Collection 04 Mchenry County** | | | | 459.00 |
| Account No. **xxxx2347** <br><br> **Allianceone Receivable 6565 Kimball Dr Ste 200 Gig Harbor, WA 98335** | | H | **Opened 6/20/12** <br> **Collection Attorney Mchenry County** | | | | 382.00 |
| Account No. **xxxx1814** <br><br> **Allianceone Receivable 6565 Kimball Dr Gig Harbor, WA 98335** | | W | **Opened 4/19/10** <br> **Collection Attorney Mchenry County** | | | | 95.00 |
| Account No. **xxxx-xxxx-xxxx-2801** <br><br> **Allied Interstate 3000 Corporate Exchange Drive Columbus, OH 43231** | | J | **Sept 13, 2010** | | | | 761.00 |

Sheet no. __1__ of __26__ sheets attached to Schedule of    Subtotal    1,792.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**
      **KRISTIN K CASSAN**                                   Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4255**<br><br>**American Collection Corporation**<br>**o/b/o Fred Fitzpatrick**<br>**919 Estes Court**<br>**Schaumburg, IL 60193** | | J | 2011<br>medical services | | | | 646.00 |
| Account No. **xx2255**<br><br>**American Collections**<br>**919 Estes Ct**<br>**Schaumburg, IL 60193** | | W | Opened  6/30/08  Last Active 11/01/07<br>Collection Attorney Fitzpatrick D.D.S. D | | | | 646.00 |
| Account No. **xxx6616**<br><br>**Arnold Scott Harris, PC**<br>**o/b/o Illinois State Tollway**<br>**222 Merchandise Mart Plaza Ste 1932**<br>**Chicago, IL 60654** | | J | 2011<br>tollway fees | | | | 989.00 |
| Account No. **xxxx9753**<br><br>**Arnoldharris**<br>**600 West Jackson Suite 710**<br>**Chicago, IL 60661** | | W | Opened  9/09/09<br>Collection 04 Illinois Tollway | | | | 990.00 |
| Account No. **xxxxx3698**<br><br>**Bay Area Credit Service**<br>**o/b/o Credit One Bank**<br>**1901 W. 10th Street**<br>**Antioch, CA 94509** | | J | 2011<br>credit card debt | | | | 991.21 |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,262.21

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
    **KRISTIN K CASSAN**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx4011** | | | | **credit card debt** | | | | |
| **Bureau of Collection Recovery o/b/o Salute Visa Gold PO Box 9001 Minnetonka, MN 55345** | | | J | | | | | **700.00** |
| Account No. **xxxxxx1838** | | | | Opened  4/01/10  Last Active  1/01/09 Collection Comed 26499 | | | | |
| **Cci 2915 Professional Parkway Augusta, GA 30907-3540** | | W | | | | | | **515.00** |
| Account No. **xxxx6527** | | | | 7/1/2013 **Medical Services for Debtor and/or Dependents** | | | | |
| **Centegra Health System 13707 W Jackson Street Woodstock, IL 60098-3188** | | | J | | | | | **369.00** |
| Account No. **xxxxxxx0142** | | | | 5/27/12 **Medical Services for Debtor and/or Dependents** | | | | |
| **Centegra Health System 13707 W Jackson Street Woodstock, IL 60098-3188** | | | J | | | | | **190.21** |
| Account No. **xxxxxxxxxxx1429** | | | | 11/12/12 **Medical** | | | | |
| **Centegra Physican Care PO Box37847 Philadelphia, PA 19101** | | | J | | | | | **34.20** |

Sheet no. __3__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,808.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
     **KRISTIN K CASSAN**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx0286** | | | J | medical services | | | | |
| **Century Dental of Huntley** **10775 N Route 47** **Huntley, IL 60142** | | | | | | | | 700.00 |
| Account No. **xx0286** | | | J | 1/1/2010 dental services | | | | |
| **Century Dental of Huntley, P.C.** **10775 North Route 47** **Huntley, IL 60142** | | | | | | | | 616.64 |
| Account No. **xxx-4719** | | | J | 2011 credit card | | | | |
| **CEP America, PC** **P.O. Box 582663** **Modesto, CA 95358-0046** | | | | | | | | 30.00 |
| Account No. **xxx x3117** | | | J | 5/20/13 Sherman Family Medical Algonquin | | | | |
| **CEPAMERICA Illinois LLP** **P.O. Box 582663** **Modesto, CA 95358** | | | | | | | | 798.00 |
| Account No. **xx81AA** | | | H | Opened 7/26/11 Last Active 2/01/10 Collection Attorney Law Office Of Scott | | | | |
| **Certified Services Inc** **1733 Washington St Ste 2** **Waukegan, IL 60085** | | | | | | | | 500.00 |

Sheet no. __4__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,644.64

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**
**KRISTIN K CASSAN**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxA188<br><br>Christian J. Jortgenson<br>o/b/o EFS Credit Trust<br>111 W West Washington Suite 1900<br>Chicago, IL 60602 | | J | | 2010<br>personal loan | | | | 77,000.00 |
| Account No. xxxxXXXX<br><br>CMI<br>o/b/o Comcast<br>4200 International Parkway<br>Carrollton, TX 75007-1912 | | J | | 2011<br>cable | | | | 144.00 |
| Account No. xx3944<br><br>Collections Masters, LLC<br>166 W. Washington Suite 300<br>Chicago, IL 60602 | | J | | 12/11/09<br>US Bank | | | | 1,069.17 |
| Account No. xxxxxxx8828<br><br>Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | | J | | September 12, 2010<br>Service Due and Unreturned Cable Equipment | | | | 162.63 |
| Account No. xxxxxx6051<br><br>ComEd<br>PO Box 6111<br>Huntly, IL 60179-2335 | | J | | July 11, 2013<br>Debt Collection Electric Bill | | | | 991.59 |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,367.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **JAMES THOMAS CASSAN, III,**
      **KRISTIN K CASSAN**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6051**<br><br>**Commonwealth Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | J | 6/17/2013<br>**past due utility bill** | | | | **708.43** |
| Account No. **xxxxxx xxxxxxxx xxx-xx-7637**<br><br>**Commonwealth Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | J | **unknown**<br>**past due utility bill** | | | | **Unknown** |
| Account No. **xxxxxx xxxxxxxx xxx-xx-2474**<br><br>**Commonwealth Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | J | **unknown**<br>**past due utility bill** | | | | **Unknown** |
| Account No. **xxx xxx-xx-7637**<br><br>**Commonwealth Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | J | **2011**<br>**past due utility bill** | | | | **1,500.00** |
| Account No. **Unknown**<br><br>**Consolidated School District 158**<br>**3601 Algonquin Rd**<br>**Rolling Meadows, IL 60008** | | J | 7/9/09<br>**Debt Collection** | | | | **391.00** |

Sheet no. __6__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,599.43**

B6F (Official Form 6F) (12/07) - Cont.

In re **JAMES THOMAS CASSAN, III,**
    **KRISTIN K CASSAN**
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8828**<br><br>**Credit Protection Asso**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX 75240** | | H | **Opened 9/12/12 Last Active 7/01/12**<br>**Collection Attorney Comcast** | | | | 162.00 |
| Account No. **xxxxxxxxxx-xxx0002**<br><br>**Credit Protection Associates**<br>**o/b/o Charter Communicagtions**<br>**13355 Noel Road**<br>**Dallas, TX 75240** | | J | **2011**<br>**CABLE** | | | | 94.62 |
| Account No. **xxxxxx0014**<br><br>**Creditors Collection**<br>**o/b/o Elgin Emergency**<br>**755 Almar Parkway**<br>**Bourbonnais, IL 60914** | | J | **2011**<br>**medical services** | | | | 30.00 |
| Account No. **xxx4526**<br><br>**Creditors Collection**<br>**o/b/o Elgin Emergency**<br>**755 Almar Parkway**<br>**Bourbonnais, IL 60914** | | J | **2011**<br>**medical services** | | | | 155.00 |
| Account No.<br><br>**Creditors Collection Bureau**<br>**o/b/o Greater Elgin Emergency**<br>**PO Box 63**<br>**Kankakee, IL 60901** | | J | **medical services** | | | | 155.00 |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **596.62**

B6F (Official Form 6F) (12/07) - Cont.

In re **JAMES THOMAS CASSAN, III,**
        **KRISTIN K CASSAN**
                                                              Case No. _____

                                                    ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x2403**<br><br>Crystal Lake Orthopaedic Surgery<br>750 E. Terra Cotta Ave, Suite C<br>Crystal Lake, IL 60014 | | J | | Medical Expense (Clavicle) | | | | 213.00 |
| Account No. **xxxxxx4074**<br><br>CSCOAS15<br>PO Box 1022<br>Wixom, MI 48393 | | J | | 5/8/12<br>Sherman Hospital | | | | 81.21 |
| Account No. **xx6432**<br><br>Daily Herald<br>PO Box 1420<br>Lake Villa, IL 60046 | | J | | newspaper | | | | 23.00 |
| Account No. **xxxR613**<br><br>Donald and Diane Petramele<br>c/o Robert Burke<br>1509 North Richmond Road<br>McHenry, IL 60050 | | J | | 2009<br>housing rental | | | | 55,000.00 |
| Account No. **xxxxxx0411**<br><br>Dressler & Peters<br>111 W Washington Street Suite 1900<br>Chicago, IL 60602 | | J | | 2010<br>attorneys fees sought or awarded against debtors | | | | Unknown |

Sheet no. __8__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,317.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**                                    Case No. _____
         **KRISTIN K CASSAN**
                                                              ,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0411**<br><br>**EFS Credit Trust**<br>**50 Washington Street**<br>**Norwalk, CT 06854** | | J | **2010**<br>**truck loan** | | | | 55,000.00 |
| Account No. **xxxxxx0188**<br><br>**EFS Credit Trust**<br>**50 Washington Street**<br>**Norwalk, CT 06854** | | J | **2010**<br>**truck loan** | | | | 70,000.00 |
| Account No. **xxxx2095**<br><br>**Enhanced Recovery**<br>**o/b/o First Premier Bank**<br>**8014 Bayberry**<br>**Jacksonville, FL 32256** | | J | **2-11**<br>**credit card** | | | | 388.00 |
| Account No.<br><br>**Equable Ascent Financial**<br>**Illinois Corp Service C**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | | J | **2011**<br>**credit card** | | | | 1,000.00 |
| Account No. **xxxxxx1343**<br><br>**Fingerhut Credit**<br>**o/b/o CitiBank**<br>**6250 Ridgewood Road**<br>**Saint Cloud, MN 56303** | | J | **2011**<br>**credit card debt** | | | | 324.11 |

Sheet no. __9__ of __26__ sheets attached to Schedule of                    Subtotal            126,712.11
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
         **KRISTIN K CASSAN**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5398**<br><br>**First Financial Asset Management**<br>**o/b/o HSBC Card Services**<br>**PO Box 901**<br>**Fort Mill, SC 29716** | | J | **2011**<br>**credit card debt** | | | | 575.32 |
| Account No. **xxxxxxxxxxxx4609**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | W | **Opened 4/17/07 Last Active 5/01/08**<br>**Credit Card** | | | | 595.00 |
| Account No. **xxxxxxxxxxxx3523**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | W | **Opened 3/02/06 Last Active 6/01/08**<br>**Credit Card** | | | | 388.00 |
| Account No. **xxx xx2853**<br><br>**Fox Valley Family Physicians**<br>**905 North First Avenue Suite A**<br>**Elburn, IL 60119** | | J | **2/21/13**<br>**Medical Services for Debtor and/or**<br>**Dependants** | | | | 8.45 |
| Account No. **xxxxxx1784**<br><br>**Gary Murphy/ Michling Hoffman**<br>**101 N Throop Street**<br>**Woodstock, IL 60098** | | J | **May 15 2012**<br>**rent for housing** | | | | 10,000.00 |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,566.77

B6F (Official Form 6F) (12/07) - Cont.

In re  **JAMES THOMAS CASSAN, III,**
       **KRISTIN K CASSAN**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9907**<br><br>**H&F Law**<br>**33 N Lasalle Ste. 1200**<br>**Chicago, IL 60602** | | H | | **Opened  6/23/09**<br>**Collection 08 Tcf National Bank** | | | | **156.00** |
| Account No. **xxxxxx0142**<br><br>**Harris & Harris, Ltd.**<br>**111 West Jackson Blvd**<br>**Chicago, IL 60604** | | J | | **March 14, 2013**<br>**Centegra Health System** | | | | **190.21** |
| Account No.<br><br>**Harvard Collection**<br>**4839 North Elston Avenue**<br>**Chicago, IL 60630** | | J | | **2011**<br>**assigned past due utility bill from Com Ed** | | | | **5,272.14** |
| Account No. **xxxx6746**<br><br>**Harvard Collection**<br>**o/b/o Department of Revenue**<br>**4839 N Elston Avenue**<br>**Chicago, IL 60630** | | J | | **2011**<br>**2008 taxes** | | | | **5,272.14** |
| Account No. **Unknown**<br><br>**Health Bridge Fitness Center**<br>**10198 Bennington**<br>**Huntley, IL 60142** | | J | | **July 9, 2013**<br>**Late fee and Outstanding Balance** | | | | **Unknown** |

Sheet no. __11__ of __26__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)        **10,890.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**
     **KRISTIN K CASSAN**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9907**<br><br>**Heller and Frisone Ltd.**<br>**o/b/o TCF National Bank**<br>**33 North LaSalle Street**<br>**Chicago, IL 60602** | | J | **2011**<br>**credit card debt** | | | | 156.00 |
| Account No. **xxxxxxxx0077**<br><br>**Household Credit**<br>**PO Box 98706**<br>**Las Vegas, NV 89193** | | J | **2010**<br>**CREDIT CARD DEBT** | | | | 244.00 |
| Account No. **xxxxxxxx0077**<br><br>**Household Credit**<br>**PO Box 98706**<br>**Las Vegas, NV 89193** | | J | **2011**<br>**credit card debt** | | | | 244.00 |
| Account No.<br><br>**Huntley Area Public Library Distric**<br>**11000 Ruth Road**<br>**Huntley, IL 60142** | | J | **2013**<br>**overdue fees** | | | | 100.00 |
| Account No.<br><br>**IC System Inc**<br>**PO Box 64378**<br>**Saint Paul, MN 55164** | | J | **electrical service** | | | | 120.00 |

Sheet no. __**12**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

864.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**
        **KRISTIN K CASSAN**                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9003** | | W | Opened 9/01/09 Last Active 9/03/09 Collection 12 Tribute Mastercar | | | | |
| **Jeffcapsys** 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | | | 718.00 |
| Account No. **xxxxxxxx4003** | | W | Opened 9/04/09 Last Active 9/07/09 Collection 12 Salute Visa Gold | | | | |
| **Jeffcapsys** 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | | | 693.00 |
| Account No. **xxxxx2782** | | W | 2011 CREDIT CARD DEBT | | | | |
| **Jefferson Capital System** o/b/o Salute VISA Gold 16 McLeland Road Saint Cloud, MN 56303 | | | | | | | 693.00 |
| Account No. **xx1800** | | J | 2010 medical services | | | | |
| **Kathleen Schroeder, D.D.S.** 278 Memorial Drive, Suite B Crystal Lake, IL 60014 | | | | | | | 330.16 |
| Account No. **1325** | | J | 2010 medical services | | | | |
| **Key Financial Services** o/b/o MHS Physician Services 5315 Wall Street, Suite 170 Madison, WI 53718 | | | | | | | 68.00 |

Sheet no. __13__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,502.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**                                 Case No. _____
        **KRISTIN K CASSAN**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1325**  **Key Financial Services** **o/b/o MHS Physician Services** **5315 Wall Street, Suite 170** **Madison, WI 53718** | | J | **2011** **medical services** | | | | 68.00 |
| Account No. **xxxx1784**  **Linda Murphy c/o William Bligh** **MHP&W** **101 N Throop Street** **Woodstock, IL 60098** | | J | **legal services/housing rent** | | | | 10,000.00 |
| Account No. **xxxxxxxx4935**  **LVNV Funding LLC** **PO Box 10497** **Greenville, SC 29603** | | J | **2011** **credit card debt** | | | | 989.00 |
| Account No. **xxxxxxxxx0001**  **Madison Emergency Physicans SC** **Bin 88276** **Milwaukee, WI 53288** | | J | **3/10/12** **Patient: Emily Cassan** | | | | 596.00 |
| Account No. **xx5772**  **MDC Environmental Services** **1050 Greenlee Street** **Marengo, IL 60152** | | J | **May 1, 2013** | | | | 102.33 |

Sheet no. __**14**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            11,755.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
         **KRISTIN K CASSAN**
                                                                          Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxssan** | | | | credit card debt | | | | |
| **Mercantile Agency o/b/o KCAS Enterprises P.O. Box 5847 Rockford, IL 61125** | | | J | | | | | |
| | | | | | | | | 338.00 |
| Account No. **xxxx-8637** | | | | 4/20/13 medical services | | | | |
| **Mercy Health Systems 1000 Mineral Point Avenue Janesville, WI 53548** | | | J | | | | | |
| | | | | | | | | 300.00 |
| Account No. **xxxx1322** | | | | 2012 medical services for dependent | | | | |
| **Mercy Health Systems 1000 Mineral Point Avenue Janesville, WI 53548** | | | J | | | | | |
| | | | | | | | | 68.02 |
| Account No. **xxxx-8637** | | | | 5/18/13 Medical | | | | |
| **Mercy Health Systems 1000 Mineral Point Avenue Janesville, WI 53548** | | | J | | | | | |
| | | | | | | | | 102.02 |
| Account No. **xxxxxxxxxx9827** | | | | 2011 credit card debt | | | | |
| **Messer & Stilp, LTD. o/b/o US Bank 166 W Washington, Suite 300 Chicago, IL 60602** | | W | | | | | | |
| | | | | | | | | 1,269.17 |

Sheet no. __**15**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 2,077.21 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
        **KRISTIN K CASSAN**                                    Case No. _____

                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-8637**<br><br>**MHS Physican Services**<br>**PO Box 5081**<br>**Janesville, WI 53547** | | J | 1/30/10<br>**Medical** | | | | 177.00 |
| Account No.<br><br>**MHS Physican Services**<br>**PO Box 5081**<br>**Janesville, WI 53547** | | J | **2011** | | | | 519.40 |
| Account No. **xx9881**<br><br>**Millenium Credit Consultants**<br>**o/b/o TCF National Bank**<br>**P.O. Box 18160**<br>**Saint Paul, MN 55118** | | W | **2011**<br>**credit card debt** | | | | 354.49 |
| Account No. **Unknown**<br><br>**National Account Systems of Madison**<br>**PO Box 44207**<br>**Madison, WI 53744** | | J | 6/13/13<br>**Madison Emergency Physicans** | | | | 596.00 |
| Account No. **xxxxx3698**<br><br>**National Enterprise System**<br>**o/b/o Credit One Bank**<br>**29125 Solon Road**<br>**Solon, OH 44139-3442** | | J | **2011**<br>**credit card debt** | | | | 1,019.40 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,666.29**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **JAMES THOMAS CASSAN, III,**                                    Case No. _____
          **KRISTIN K CASSAN**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xx-2474**<br><br>**NCO Financial Systems Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | J | | February 7, 2013<br>collection assigned debt | | | | 34.20 |
| Account No. **xx9PYL**<br><br>**NCO Financial Systems Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | J | | unknown<br>collection assigned debt | | | | 34.20 |
| Account No. **xxxx4246**<br><br>**Ncofin/980**<br>**600 Holiday Plaza Suite 300**<br>**Matteson, IL 60443** | | H | | | Opened  3/28/11<br>Collection 04 Illinois State To | | | | 70.00 |
| Account No. **xx-xx-xx-x0007**<br><br>**Nicor Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197-5407** | | | J | | 2013<br>utilities | | | | 2,000.00 |
| Account No. **xxxxxx xxxxxxxx xxx-xx-7637**<br><br>**Nicor Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197-5407** | | | J | | unknown<br>utilities | | | | Unknown |

Sheet no. __17__ of __26__ sheets attached to Schedule of                          Subtotal          | 2,138.40
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
        **KRISTIN K CASSAN**                                              Case No. _____

                                                            ,
                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                                (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx-xx-2474** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197-5407** | | J | **unknown** <br> **utilities** | | | | **Unknown** |
| Account No. **xxxxxxx7804** <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197-5407** | | J | **11/8/11** <br> **utilities** | | | | **123.94** |
| Account No. **xx-xx-xx-x9432** <br><br> **Nicor Gas Company** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | | J | **2011** <br> **gas/utilities** | | | | **5,466.59** |
| Account No. **xxxx1938** <br><br> **no name on CR Liability** | | W | **Opened  4/01/13  Last Active  9/01/12** <br> **Collection Sprint** | | | | **1,268.00** |
| Account No. **xxxxxx7650** <br><br> **Northwest Collectors** <br> **3601 Algonquin Rd Ste 23** <br> **Rolling Meadows, IL 60008** | | W | **Opened 10/01/12** <br> **Collection Attorney Consolidated School** | | | | **736.00** |

Sheet no. __**18**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,594.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JAMES THOMAS CASSAN, III,**
       **KRISTIN K CASSAN**
                                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1757**<br><br>Northwest Collectors, Inc.<br>o/b/o School District 158<br>3601 Algonquin Road, Suite 232<br>Rolling Meadows, IL 60008 | | J | 2011<br>school tuition | | | | 391.00 |
| Account No. **xxxx-xxxx xx074-G**<br><br>Northwest Suburban Imaging Associat<br>34659 Eagle Way<br>Chicago, IL 60678 | | J | Medical, (Clavicle) | | | | 32.00 |
| Account No. **xx2111**<br><br>Payliance<br>o/b/o Joe's Place<br>3 Easton Oval Suite 210<br>Columbus, OH 43219 | | J | 2011<br>personal loan | | | | 45.00 |
| Account No. **xxxxxx0077**<br><br>Portfolio Recover Associates LLC<br>140 Corporate Boulevard<br>Norfolk, VA 23502 | | J | 2011<br>cellular service | | | | 630.00 |
| Account No. **xxxx -xxxxxxxxxx0309**<br><br>Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | W | Opened  7/23/09  Last Active  7/01/08<br>Factoring Company Account Hsbc Card Services I | | | | 575.00 |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **1,673.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
         **KRISTIN K CASSAN**                                                       Case No. _____
                                                             ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 1/1/2009 rent of house | | | | |
| **Premier Properties 9750 Longfield Drive Huntley, IL 60142** | X | J | | | | | | 10,000.00 |
| Account No. **xxxx7297** | | | | 2011 credit card debt | | | | |
| **Professional Account Management o/b/o TCF Bank PO Box 391 Milwaukee, WI 53201** | | J | | | | | | 87.00 |
| Account No. **xx5129** | | | | Opened  6/07/12 Collection Med1 02 Ssmhc Of Wis | | | | |
| **Pskn&Obrwtr 404 Glenway Street Po Box 151 Madison, WI 53701** | | W | | | | | | 182.00 |
| Account No. **xx1309** | | | | ADVERTISING | | | | |
| **Rauch-Milliken International o/b/o American Marketing & Pub. PO Box 8390 Metairie, LA 70011** | | J | | | | | | 540.00 |
| Account No. | | | | Two Invoices Unpaid | | | | |
| **Republic Services 1330 Gasket Dr Elgin, IL 60120** | | J | | | | | | 83.11 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,892.11**

B6F (Official Form 6F) (12/07) - Cont.

In re **JAMES THOMAS CASSAN, III,**      Case No. _____
     **KRISTIN K CASSAN**

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx03-AA**<br><br>**RMS**<br>**o/b/o Travelers Indemnity**<br>**PO Box 280431**<br>**East Hartford, CT 06128** | | J | **2011**<br>**credit card debt** | | | | 245.00 |
| Account No. **xxxR613**<br><br>**Robert Burke**<br>**o/b/o Donald & Diane Petramale**<br>**1509 N Richmond Road**<br>**McHenry, IL 60050** | | J | **2009**<br>**land and attorney fees** | | | | 54,894.56 |
| Account No. **xx6374**<br><br>**Rockford Mercantile**<br>**2502 South Alpine**<br>**Rockford, IL 61108** | | J | **2011**<br>**medical debt collection/assignment** | | | | 338.00 |
| Account No. **unknown**<br><br>**School District 158**<br>**650 Academic Drive**<br>**Algonquin, IL 60102** | | J | **July 14, 2011**<br>**school fees for children** | | | | 736.00 |
| Account No.<br><br>**School District 158**<br>**650 Academic Drive**<br>**Algonquin, IL 60102** | | J | **school fees for children** | | | | 519.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)     56,732.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
     **KRISTIN K CASSAN**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9005**<br><br>Sherman Health<br>1425 North Randall Road<br>Elgin, IL 60123 | | J | 2/15/2012<br>**Medical Services for Debtor and/or Dependents** | | | | 57.70 |
| Account No. **xxxxxxx9384**<br><br>Sherman Health<br>1425 North Randall Road<br>Elgin, IL 60123 | | J | 5/15/2013<br>**Medical Services for Debtor and/or Dependents** | | | | 599.48 |
| Account No. **xxxxx-x5192**<br><br>Sherman Health<br>1425 North Randall Road<br>Elgin, IL 60123 | | J | 12/6/12<br>**Medical Services for Debtor and/or Dependents** | | | | 44.03 |
| Account No. **xxxxxxx2552**<br><br>Sherman Health<br>1425 North Randall Road<br>Elgin, IL 60123 | | J | 5/17/12<br>**Medical Services for Debtor and/or Dependents** | | | | 141.69 |
| Account No. **xxxx1605**<br><br>Sherman Hospital<br>1425 North Randall Road<br>Elgin, IL 60123 | | J | 2011<br>**Medical Services for Debtor and/or Dependents** | | | | 48.12 |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

891.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
        **KRISTIN K CASSAN**                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx4958** <br><br> **Sonnenschein Fnl Svcs** <br> **2 Transam Plaza Dr Ste 3** <br> **Oakbrook Terrace, IL 60181** | | H | | **Opened 7/15/09** <br> **Collection Attorney Village Of Hoffman E** | | | | 200.00 |
| Account No. **x6976** <br><br> **Souma Diagnostics** <br> **c/o pbp P.O. Box 11690** <br> **Chicago, IL 60611-1690** | | J | | **2011** <br> **medical services** | | | | 276.60 |
| Account No. **xxxx-xxxx-xxxx-4609** <br><br> **Source Receivables Management** <br> **o/b/o Premier Bank Card** <br> **3859 Battleground Avenue, Suite 303** <br> **Greensboro, NC 27410** | | W | | **2011** <br> **credit card debt** | | | | 595.79 |
| Account No. **xxxxx8801** <br><br> **Sprint** <br> **PO Box 4191** <br> **Carol Stream, IL 60197-4191** | | J | | **November 13, 2012** <br> **Phone** | | | | 1,267.80 |
| Account No. **xxxxx8801** <br><br> **Sprint** <br> **PO Box 4191** <br> **Carol Stream, IL 60197-4191** | | J | | **September 12, 2012** <br> **Phone** | | | | 1,267.80 |

Sheet no. __**23**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,607.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**
        **KRISTIN K CASSAN**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx51N1**<br><br>**Staniscccontr**<br>**914 14th St**<br>**Modesto, CA 95354-1011** | | W | Opened 1/01/12 Last Active 11/01/11<br>Government Secured Direct Loan Cepamerica | | | | 94.00 |
| Account No. **xxxxxxx53N1**<br><br>**Staniscccontr**<br>**914 14th St**<br>**Modesto, CA 95354-1011** | | W | Opened 5/01/12 Last Active 3/01/12<br>Government Secured Direct Loan Cepamerica | | | | 78.00 |
| Account No.<br><br>**State Collection**<br>**o/b/o MHS Services**<br>**PO Box 6250**<br>**Madison, WI 53701** | | J | medical services | | | | 216.00 |
| Account No. **xxx4958**<br><br>**Tele-Colection Systems**<br>**Two TransAm Plaza, Suite 300**<br>**Oakbrook Terrace, IL 60181** | | J | 7/8/08 and 4/15/09<br>Unpaid Tickets for Village of Hoffman Estates | | | | 400.00 |
| Account No. **xxxxx-xxxxxx1467**<br><br>**TransworldSystems**<br>**2235 Mercury Way, Suite 275**<br>**Santa Rosa, CA 95407** | | J | July 2, 2012<br>Debt Collection | | | | 736.00 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,524.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAMES THOMAS CASSAN, III,**                                    Case No. _____
         **KRISTIN K CASSAN**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0-309**<br><br>**Travelers Property Casualty**<br>**PO Box 179**<br>**Manchester, NH 03101-1514** | | J | | **May 15, 2009**<br>**Debt Collection** | | | | 245.00 |
| Account No. **xx5433**<br><br>**Tri State Adjustment F**<br>**440 Challenge St**<br>**Freeport, IL 61032** | | H | | **Opened  7/16/07  Last Active 12/01/06**<br>**Collection Attorney Dr Gary Dettman Dds** | | | | 395.00 |
| Account No. **xx1448**<br><br>**Tri-State ADJ Freeport**<br>**o/b/o Gary Dettman, DDS**<br>**440 Challenge Street**<br>**Freeport, IL 61032** | | J | | **medical services** | | | | 395.00 |
| Account No. **xxxxxxxxxxx4842**<br><br>**Tribute**<br>**Po Box 105555**<br>**Atlanta, GA 30348** | | W | | **Opened  4/02/07  Last Active  2/01/09**<br>**Credit Card** | | | | 718.00 |
| Account No. **xxxxxxxxxxxx6827**<br><br>**Trojan Professional Se**<br>**4410 Cerritos Ave**<br>**Los Alamitos, CA 90720** | | W | | **Opened 11/17/08  Last Active  9/01/08**<br>**Collection Attorney Fox Vally Dental Ass** | | | | 214.00 |

Sheet no. __**25**__ of __**26**__ sheets attached to Schedule of    Subtotal    1,967.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JAMES THOMAS CASSAN, III,**                                    Case No. _____
        **KRISTIN K CASSAN**

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **K. Cassan** <br><br> **Unique National o/b/o Algonquin Public Library 119 E. Maple Street Jeffersonville, IN 47130** | | J | | **2011 overdue fees** | | | | **64.00** |
| Account No. **xx5364** <br><br> **United Credit Service o/b/o MHS Physicians PO Box 740 Elkhorn, WI 53121** | | J | | **medical services** | | | | **619.00** |
| Account No. **Unknown** <br><br> **Village of Lake in the Hills 600 Harvest Gate Lake in the Hills, IL 60156** | | J | | **12/12/08** | | | | **100.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **783.00** |
| Total (Report on Summary of Schedules) | | **409,488.34** |

B6G (Official Form 6G) (12/07)

In re   **JAMES THOMAS CASSAN, III,**                                    Case No. _____

   **KRISTIN K CASSAN**
_____,
                                                           Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Richard and Briana Krajewski**<br>**10293 Hunter Trail**<br>**Huntley, IL 60142** | **One year lease for residential house of family**<br>**2,100 dollars rent per month** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **JAMES THOMAS CASSAN, III,**                                          Case No. _____
        **KRISTIN K CASSAN**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kristin Cassan**<br>**10198 Bennington Drive**<br>**Huntley, IL 60142** | **Premier Properties**<br>**9750 Longfield Drive**<br>**Huntley, IL 60142** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **JAMES THOMAS CASSAN, III**
**KRISTIN K CASSAN**                                         Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**daughter**<br>**daughter**<br>**son**<br>**daughter** | AGE(S):<br>**10**<br>**12**<br>**6**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Repo Man** | **Mail Carrier** |
| Name of Employer | **Illinois Reclamation Bureau** | **U.S. Postal Service** |
| How long employed | **9 years self employed** | **12 years** |
| Address of Employer | **1007 Trakk Lane**<br>**Woodstock, IL 60098** | **Payroll Processing Branch**<br>**2825 Lone Oak**<br>**Saint Paul, MN 55121-9650** |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 2,423.33 | $ | 4,955.43 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,423.33 | $ | 4,955.43 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | 0.00 | $ | 699.63 |
|    b.  Insurance | $ | 0.00 | $ | 512.40 |
|    c.  Union dues | $ | 0.00 | $ | 0.00 |
|    d.  Other (Specify):     **Retirement FERS-Ret-FICA Code 8** | $ | 0.00 | $ | 39.32 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 1,251.35 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,423.33 | $ | 3,704.08 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,423.33 | $ | 3,704.08 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 6,127.41 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **JAMES THOMAS CASSAN, III**
**KRISTIN K CASSAN**                                          Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $    2,100.00 |
| a. Are real estate taxes included?         Yes ___    No **X** | | |
| b. Is property insurance included?         Yes ___    No **X** | | |
| 2. Utilities:       a. Electricity and heating fuel | | $    125.00 |
|             b. Water and sewer | | $    40.00 |
|             c. Telephone | | $    250.00 |
|             d. Other  **Nicor** | | $    60.00 |
| 3. Home maintenance (repairs and upkeep) | | $    125.00 |
| 4. Food | | $    1,000.00 |
| 5. Clothing | | $    360.00 |
| 6. Laundry and dry cleaning | | $    90.00 |
| 7. Medical and dental expenses | | $    360.00 |
| 8. Transportation (not including car payments) | | $    262.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $    450.00 |
| 10. Charitable contributions | | $    25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | | $    26.00 |
|             b. Life | | $    35.00 |
|             c. Health | | $    0.00 |
|             d. Auto | | $    120.00 |
|             e. Other | | $    0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|             (Specify) | | $    0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | | $    350.00 |
|             b. Other | | $    0.00 |
|             c. Other | | $    0.00 |
| 14. Alimony, maintenance, and support paid to others | | $    0.00 |
| 15. Payments for support of additional dependents not living at your home | | $    0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $    100.00 |
| 17. Other | | $    0.00 |
|      Other | | $    0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,         $    5,878.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | | $    6,127.41 |
| b.    Average monthly expenses from Line 18 above | | $    5,878.00 |
| c.    Monthly net income (a. minus b.) | | $    249.41 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **JAMES THOMAS CASSAN, III**
   **KRISTIN K CASSAN**

_____
Debtor(s)

Case No. _____

Chapter   **7**  _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **43**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 17, 2013**  _____

Signature  **/s/ JAMES THOMAS CASSAN, III**
          **JAMES THOMAS CASSAN, III**
          Debtor

Date  **July 17, 2013**  _____

Signature  **/s/ KRISTIN K CASSAN**
          **KRISTIN K CASSAN**
          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **JAMES THOMAS CASSAN, III**      Case No. _____

     **KRISTIN K CASSAN**

                                      Debtor(s)      Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$45,909.53** | **2012: Wife U.S. Postal Service** |
| **$3,260.00** | **2012: HUSBAND Active Recovery Agency, Corp.** |
| **$24,360.00** | **2012: HUSBAND Illinois Reclamation Bureau, Inc.** |
| **$1,275.00** | **2012: HUSBAND Bulldog Recovery, Inc.** |
| **$8,230.00** | **2011: Husband Illinois Reclamation** |
| **$47,318.00** | **2011: Wife U.S. Postal Service** |
| **$47,649.00** | **2010: Wife U.S. Postal Service** |
| **$9,240.00** | **2013 YTD: HUSBAND Illinois Reclamation Bureau** |
| **$5,300.00** | **2013 YTD: HUSBAND Active Recovery Agency** |
| **$29,732.60** | **2013: WIFE U.S. Postal Service** |

B7 (Official Form 7) (04/13)
2

## 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|        AMOUNT        |        SOURCE        |

## 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gary L. Murphy v. Kristin Cassens and James Cassens, 12SC001784** | **Contract** | **McHenry County Circuit Court, 22nd Judicial Circuit 2200 N Seminary Woodstock, IL  60098** | **Judgment** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5.  Repossessions, foreclosures and returns

**None**
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6.  Assignments and receiverships

**None**
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

**None**
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices Of Amanda T. Adams, LLC**<br>**125 North First Street**<br>**DeKalb, IL 60115** | July 15, 2013 | $1,346.00 |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

5

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4320 Greenfield Lane**<br>**Lake in the Hills, Illinois  60156** | **JAMES THOMAS CASSAN, III**<br>**KRISTIN K CASSAN** | **2009 through 2012** |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)

6

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)

7

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **July 17, 2013**                    Signature    **/s/ JAMES THOMAS CASSAN, III**
                                                          **JAMES THOMAS CASSAN, III**
                                                          Debtor

Date    **July 17, 2013**                    Signature    **/s/ KRISTIN K CASSAN**
                                                          **KRISTIN K CASSAN**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **JAMES THOMAS CASSAN, III**
      **KRISTIN K CASSAN**

                     Debtor(s)

Case No.

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Credit Acceptance** | **Describe Property Securing Debt:**<br>**2003 Chevrolet Suburban with 91,000 miles** |

Property will be (check one):
     ☐ Surrendered                     ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                  ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES         ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **July 17, 2013**                Signature   **/s/ JAMES THOMAS CASSAN, III**
                                                  **JAMES THOMAS CASSAN, III**
                                                  Debtor

Date   **July 17, 2013**                Signature   **/s/ KRISTIN K CASSAN**
                                                  **KRISTIN K CASSAN**
                                                  Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **JAMES THOMAS CASSAN, III**
       **KRISTIN K CASSAN**
                                                               Case No.
                                                Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,346.00 |
| Prior to the filing of this statement I have received | $ | 1,346.00 |
| Balance Due | $ | 0.00 |

2.    $ **306.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

       ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

       ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 17, 2013**                      **/s/ Amanda T. Adams**
                                                   **Amanda T. Adams 6292588**
                                                     **Law Offices Of Amanda T. Adams, LLC**
                                                       **125 North First Street**
                                                       **DeKalb, IL 60115**
                                                       **815-793-6300  Fax: 815-748-0777**
                                                       **amanda@amandateresaadamslaw.com**

### Law Office of Amanda T. Adams

Licensed in Illinois and Iowa

**TWO OFFICES TO BETTER MEET YOUR NEEDS**

44 North Virginia, Suite 1D1                    125 North First Street
Crystal Lake, Illinois  60014                    DeKalb, Illinois  60115

**FOR BOTH LOCATIONS:**

PHONE: (815)793-6300                              FAX:  (815) 909-5657

WEBSITE:   amandateresaadamslaw.com

E-MAIL:  amanda@amandateresaadamslaw.com

## CHAPTER 7 BANKRUPTCY FLAT FEE AGREEMENT

James and Kristin Cassan and hereafter referred to as "clients", agree to retain the Law
Office of Amanda T. Adams to represent client's interest in or arising out of a Bankruptcy to be
filed in the Division of the Northern District of Illinois, entitled:

In re James and Kristin Cassan

The financial terms of this legal representation will be that client will pay to attorney
$306.00 as filing fee, a $40.00 credit report fee, and $1,000.00 as a flat fee for legal services.
Client will pay to attorney $1,346.00 as a retainer. Attorney Adams will be primarily responsible for
most paperwork and Atty Adams may cover the 341 Meeting of Creditors.   Said retainer will be
earned by attorney by accepting the case.   The retainer will be deposited into attorney's business
office account and used immediately by attorney for general purposes, and will not be deposited into
the trust account.   This is in the best interests of the client due to efficiencies in saving time and
effort (for both client and attorney) to authorize and transfer funds, etc., and the client having access to
legal services immediately, with out delay, without waiting for funds to be available by banking
rules/clear, transfer, etc..   If there is any remaining balance due herein shall be earned upon the
earlier of the receipt of payment or the filing of said bankruptcy petition. All amounts due herein
shall be paid as soon as practical, but regardless must be paid in full prior to the first meeting of the
creditors.   If full payment is not received by attorney, attorney shall continue the first meeting of
the creditors if possible.   If it is not possible to continue the first meeting of the creditors client
instructs attorney to dismiss the bankruptcy petition.

There could be other fees/costs that are higher, though not anticipated at the time of the
execution of the instant fee agreement, which would in turn be paid by client to attorney.   There shall
not be a refund of any portion of the fees unless at attorney discretion, regardless of the reason same is
not completed, and the following conditions apply as indicated:

This flat fee for legal services and expenses presumes an uncontested Chapter 7
Bankruptcy with the client supplying all necessary information. Any adverse actions, actual or
potential, additional negotiations with creditors, amended petitions, or additional efforts are not
considered part of an uncontested matter.  Filing an Amended Petition costs a flat fee of $150.00,
including legal and court costs.

        If client does not wish to incur additional expenses with attorney, client shall consent to
withdrawal of attorney from responsibility for the case.   If any additional services are required,
including but not limited to negotiating, filing or receiving adverse actions, motions, petitions, etc.,
additional terms apply as indicated herein.  All time will be accumulated and billed at the
applicable hourly rate described below.  Any amounts in time and expenses incurred exceeding
the retainer, will be billed monthly, commencing the first month after the time and expenses
exceeds the amount of the retainer paid.  Any time or expense incurred as a result of the necessity
of filing motions, attending hearings, or trial, or preparing for same will be accumulated and billed
at an hourly rate as follows:

                    Attorneys......................................... $200.00 Amanda T. Adams

        The total time at the rate described, plus any additional expenses, will be totaled and billed
accordingly in excess of the original retainer.   The minimum increment of time to be charged is
two-tenths of an hour.

        For example:  If attorney should make or receive a telephone call in regard to client's case,
client would be charged 12 minutes of time even though the actual phone call may have taken less
than 12 minutes.  Similarly, if that phone call took more than 12 minutes, but 18 minutes or less,
client would be charged an additional one-tenth hour of time.

        Client agrees to reimburse attorney for expenses incurred on client's behalf, such as, but not
limited to, filing fees, deposition expenses, photocopying expenses, long distance telephone costs,
traveling expenses, and employment and testimony of expert witnesses, accountants and
appraisers, if these expenses are incurred.

        For example: If attorney, or a clerk or support staff, should make or receive a telephone call
or message in regard to client's case, client would be charged 12 minutes of time even though the
actual phone call may have taken less than 12 minutes.  Similarly, if that phone call took more
than 12 minutes, but 18 minutes or less, client would be charged an additional tenth hour of time.

        Client agrees to reimburse attorney for expenses incurred on client's behalf, such as, but not
limited to, filing fees, deposition expenses, printing expenses, photocopying expenses, facsimile
expenses, long distance telephone costs, traveling expenses, and employment and testimony of
expert witnesses, accountants and appraisers, if these expenses are incurred.

        Attorney reserves the right to delegate any work on this matter to any personnel or agents
of his office.

Any fees or expenses incurred which exceed the retainer will be billed monthly, commencing the month after the sums exceed the retainer. Client is expected to make regular payments on these monthly statements until the case is concluded, at which time client will have thirty (30) days from the date of the conclusion of the case to make final payment of all fees and costs incurred. In the event that any amount of fees or costs incurred in this matter are unpaid after thirty (30) days from the date of the conclusion of client's case, client will be assessed a finance charge of 1.5% per month on any remaining balance, until the balance is paid in full.

**Judgments Entered:**     If there is a judgment entered in favor of attorney for past services, the application of payments made will be at the sole discretion of attorney, presumably to pay the current amounts due first, the to be applied to interest, costs and prior judgment. Any subsequent fee agreement between the parties shall convert the hourly rate for all prior contracts to the higher current rate as of the date of the newer contract.

**Advance Payment Retainer:**     Pursuant to Dowling vs Chicago Options Associates, Inc., 226 Ill.2d 277, 875 N.E.2d 1012 (2007), client is advised of the option to have their funds paid into a "security payment retainer". Client understands that it is the decision of the client which type of retainer to use, at client's sole discretion. The retainer herein is an "advance payment retainer", not a "security payment retainer", and not a "classic retainer". If a "security payment retainer" is desired at any time, client needs to inform attorney of that fact, make payments as described, and execute additional documents to effectuate same. The balance due to attorney must be paid in full for the office account, and an additional $10,000 "security payment retainer" be paid into IOLTA trust, and payments made to attorney from said "security payment retainer" two times per month, and when the balance held by attorney in trust falls below $2,000 then an additional $5,000 will be required to be paid within seven calendar days. If any form of electronic payment is used to make said "security payment retainer" then it shall work the same way, except that the additional $5,000 payment will be made after the balance being held falls below $5,000. If client desires a "security payment retainer" and does not timely make/authorize all payments in/out of trust, attorney will withdraw.

Attorney has agreed to represent client based on client's representation of the facts. Attorney has reserved the right to investigate the claim and withdraw from representation in the event attorney's investigation reveals that the facts are materially different from the information claim has relayed to attorney. Attorney reserves the right to terminate the attorney-client relationship for any of the following reasons:
   (1)     Client's non-payment of fees or costs;
   (2)     Client's uncooperative behavior or failure to cooperate and comply fully with all reasonable requests of attorney in reference to the matter; or
   (3)     Client's engaging in conduct which renders it unreasonably difficult for attorney to carry out the purposes of his employment.

In case of disagreement between the parties respecting any fees/expenses in regards this agreement the parties jointly agree they shall appoint an arbitrator. All distinctions between an

arbitrator and mediator are irrelevant for the purposes of this agreement. The decision of the arbitrator shall be final and binding between the parties. The parties agree to use the ISBA Voluntary Fee Arbitration Committee because the parties believe the services are available free of charge. All arbitration costs that do exist will be borne equally between the parties. After reasonable attempts to resolve the dispute either party may invoke the arbitration clause with written notice to the other party. If either party refuses to use the ISBA Voluntary Fee Arbitration Committee, or the arbitration process recommended by the arbitrator, the party shall do so in writing, and by doing so that party shall be solely responsibly for the costs of the arbitrator and for any attorney's fees (including the other party's attorney) and any court costs which may result concerning the disputed fees. Non-payment of fees/expenses due by client is not a dispute that falls within this clause.

        If client has an objection to any fees/expenses client agrees to inform attorney within 30 days of the date of the statement. If client does not inform attorney within 30 days client agrees there is no dispute as to the amount, or as to particular fees/expenses. The purpose of the 30 day agreement is to allow any disputes to be resolved in a timely manner to avoid stale claims and memories.

        Attorney and/or her staff make no representations, promises, guarantees or warranties as to a successful outcome of this matter.

        This fee agreement has been discussed fully and openly between clients and attorney and all parties hereto understand completely the terms and conditions of this fee agreement.

        Dated: July 13, 2013

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **JAMES THOMAS CASSAN, III
KRISTIN K CASSAN**

Debtor(s)

Case No.

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**JAMES THOMAS CASSAN, III
KRISTIN K CASSAN**

Printed Name(s) of Debtor(s)

Case No. (if known)

X  **/s/ JAMES THOMAS CASSAN, III**      **July 17, 2013**

Signature of Debtor                          Date

X  **/s/ KRISTIN K CASSAN**              **July 17, 2013**

Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **JAMES THOMAS CASSAN, III**
**KRISTIN K CASSAN**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **137**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 17, 2013**
_____

**/s/ JAMES THOMAS CASSAN, III**
_____
**JAMES THOMAS CASSAN, III**
Signature of Debtor

Date:  **July 17, 2013**
_____

**/s/ KRISTIN K CASSAN**
_____
**KRISTIN K CASSAN**
Signature of Debtor

```
A T & T Mobility
PO Box 6416
Carol Stream, IL 60197-6416


A T & T Mobility
PO Box 6416
Carol Stream, IL 60197-6416


A.R.M. Solutions
PO Box 2929
Camarillo, CA 93011


ABM Allocated Business Management
o/b/o All Smiles Dental
PO Box 893
Mundelein, IL 60060


Alliance One Recovery Management
o/b/o McHenry County
P.O. Box 2449
Gig Harbor, WA 98335


Allianceone
Po Box 2449
Gig Harbor, WA 98335


Allianceone Receivable
6565 Kimball Dr Ste 200
Gig Harbor, WA 98335


Allianceone Receivable
6565 Kimball Dr
Gig Harbor, WA 98335


Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231


American Collection Corporation
o/b/o Fred Fitzpatrick
919 Estes Court
Schaumburg, IL 60193
```

American Collections
919 Estes Ct
Schaumburg, IL 60193


Arnold Scott Harris, PC
o/b/o Illinois State Tollway
222 Merchandise Mart Plaza Ste 1932
Chicago, IL 60654


Arnoldharris
600 West Jackson Suite 710
Chicago, IL 60661


Bay Area Credit Service
o/b/o Credit One Bank
1901 W. 10th Street
Antioch, CA 94509


Bureau of Collection Recovery
o/b/o Salute Visa Gold
PO Box 9001
Minnetonka, MN 55345


Cci
2915 Professional Parkway
Augusta, GA 30907-3540


Centegra Health System
13707 W Jackson Street
Woodstock, IL 60098-3188


Centegra Health System
13707 W Jackson Street
Woodstock, IL 60098-3188


Centegra Physican Care
PO Box37847
Philadelphia, PA 19101


Century Dental of Huntley
10775 N Route 47
Huntley, IL 60142

Century Dental of Huntley, P.C.
10775 North Route 47
Huntley, IL 60142


CEP America, PC
P.O. Box 582663
Modesto, CA 95358-0046


CEPAMERICA Illinois LLP
P.O. Box 582663
Modesto, CA 95358


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Christian J. Jortgenson
o/b/o EFS Credit Trust
111 W West Washington Suite 1900
Chicago, IL 60602


CMI
o/b/o Comcast
4200 International Parkway
Carrollton, TX 75007-1912


Collections Masters, LLC
166 W. Washington Suite 300
Chicago, IL 60602


Comcast
PO Box 3002
Southeastern, PA 19398-3002


ComEd
PO Box 6111
Huntly, IL 60179-2335


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111


Consolidated School District 158
3601 Algonquin Rd
Rolling Meadows, IL 60008


Credit Acceptance
Corporate Headquarters
25505 West Twelve Mile Road
Southfield, MI 48034-8339


Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240


Credit Protection Associates
o/b/o Charter Communicagtions
13355 Noel Road
Dallas, TX 75240


Creditors Collection
o/b/o Elgin Emergency
755 Almar Parkway
Bourbonnais, IL 60914


Creditors Collection
o/b/o Elgin Emergency
755 Almar Parkway
Bourbonnais, IL 60914


Creditors Collection Bureau
o/b/o Greater Elgin Emergency
PO Box 63
Kankakee, IL 60901


Crystal Lake Orthopaedic Surgery
750 E. Terra Cotta Ave, Suite C
Crystal Lake, IL 60014

CSCOAS15
PO Box 1022
Wixom, MI 48393


Daily Herald
PO Box 1420
Lake Villa, IL 60046


Donald and Diane Petramele
c/o Robert Burke
1509 North Richmond Road
McHenry, IL 60050


Dressler & Peters
111 W Washington Street Suite 1900
Chicago, IL 60602


EFS Credit Trust
50 Washington Street
Norwalk, CT 06854


EFS Credit Trust
50 Washington Street
Norwalk, CT 06854


Enhanced Recovery
o/b/o First Premier Bank
8014 Bayberry
Jacksonville, FL 32256


Equable Ascent Financial
Illinois Corp Service C
801 Adlai Stevenson Drive
Springfield, IL 62703


Fingerhut Credit
o/b/o CitiBank
6250 Ridgewood Road
Saint Cloud, MN 56303


First Financial Asset Management
o/b/o HSBC Card Services
PO Box 901
Fort Mill, SC 29716

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Fox Valley Family Physicians
905 North First Avenue Suite A
Elburn, IL 60119


Gary Murphy/ Michling Hoffman
101 N Throop Street
Woodstock, IL 60098


H&F Law
33 N Lasalle Ste. 1200
Chicago, IL 60602


Harris & Harris, Ltd.
111 West Jackson Blvd
Chicago, IL 60604


Harvard Collection
4839 North Elston Avenue
Chicago, IL 60630


Harvard Collection
o/b/o Department of Revenue
4839 N Elston Avenue
Chicago, IL 60630


Health Bridge Fitness Center
10198 Bennington
Huntley, IL 60142


Heller and Frisone Ltd.
o/b/o TCF National Bank
33 North LaSalle Street
Chicago, IL 60602


Household Credit
PO Box 98706
Las Vegas, NV 89193

Household Credit
PO Box 98706
Las Vegas, NV 89193


Huntley Area Public Library Distric
11000 Ruth Road
Huntley, IL 60142


IC System Inc
PO Box 64378
Saint Paul, MN 55164


Illinois Department of Revenue
c/o James Marcello Field Compliance
200 South Wyman Street
Rockford, IL 61101


James Marcello
Field Compliance District 04
200 South Wyman Street
Rockford, IL 61101


Jeffcapsys
16 Mcleland Rd
Saint Cloud, MN 56303


Jeffcapsys
16 Mcleland Rd
Saint Cloud, MN 56303


Jefferson Capital System
o/b/o Salute VISA Gold
16 McLeland Road
Saint Cloud, MN 56303


Kathleen Schroeder, D.D.S.
278 Memorial Drive, Suite B
Crystal Lake, IL 60014


Key Financial Services
o/b/o MHS Physician Services
5315 Wall Street, Suite 170
Madison, WI 53718

Key Financial Services
o/b/o MHS Physician Services
5315 Wall Street, Suite 170
Madison, WI 53718


Kristin Cassan
10198 Bennington Drive
Huntley, IL 60142


Linda Murphy c/o William Bligh
MHP&W
101 N Throop Street
Woodstock, IL 60098


LVNV Funding LLC
PO Box 10497
Greenville, SC 29603


Madison Emergency Physicans SC
Bin 88276
Milwaukee, WI 53288


MDC Environmental Services
1050 Greenlee Street
Marengo, IL 60152


Mercantile Agency
o/b/o KCAS Enterprises
P.O. Box 5847
Rockford, IL 61125


Mercy Health Systems
1000 Mineral Point Avenue
Janesville, WI 53548


Mercy Health Systems
1000 Mineral Point Avenue
Janesville, WI 53548


Mercy Health Systems
1000 Mineral Point Avenue
Janesville, WI 53548

Messer & Stilp, LTD.
o/b/o US Bank
166 W Washington, Suite 300
Chicago, IL 60602


MHS Physican Services
PO Box 5081
Janesville, WI 53547


MHS Physican Services
PO Box 5081
Janesville, WI 53547


Millenium Credit Consultants
o/b/o TCF National Bank
P.O. Box 18160
Saint Paul, MN 55118


National Account Systems of Madison
PO Box 44207
Madison, WI 53744


National Enterprise System
o/b/o Credit One Bank
29125 Solon Road
Solon, OH 44139-3442


NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044


Ncofin/980
600 Holiday Plaza Suite 300
Matteson, IL 60443


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


Nicor Gas Company
1844 Ferry Road
Naperville, IL 60563


no name on CR Liability



Northwest Collectors
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008


Northwest Collectors, Inc.
o/b/o School District 158
3601 Algonquin Road, Suite 232
Rolling Meadows, IL 60008


Northwest Suburban Imaging Associat
34659 Eagle Way
Chicago, IL 60678


Payliance
o/b/o Joe's Place
3 Easton Oval Suite 210
Columbus, OH 43219


Portfolio Recover Associates LLC
140 Corporate Boulevard
Norfolk, VA 23502


Portfolio Recvry&Affil
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Premier Properties
9750 Longfield Drive
Huntley, IL 60142


Professional Account Management
o/b/o TCF Bank
PO Box 391
Milwaukee, WI 53201


Pskn&Obrwtr
404 Glenway Street Po Box 151
Madison, WI 53701


Rauch-Milliken International
o/b/o American Marketing & Pub.
PO Box 8390
Metairie, LA 70011


Republic Services
1330 Gasket Dr
Elgin, IL 60120


Richard and Briana Krajewski
10293 Hunter Trail
Huntley, IL 60142


RMS
o/b/o Travelers Indemnity
PO Box 280431
East Hartford, CT 06128


Robert Burke
o/b/o Donald & Diane Petramale
1509 N Richmond Road
McHenry, IL 60050


Rockford Mercantile
2502 South Alpine
Rockford, IL 61108


School District 158
650 Academic Drive
Algonquin, IL 60102

```
School District 158
650 Academic Drive
Algonquin, IL 60102


Sherman Health
1425 North Randall Road
Elgin, IL 60123


Sherman Health
1425 North Randall Road
Elgin, IL 60123


Sherman Health
1425 North Randall Road
Elgin, IL 60123


Sherman Health
1425 North Randall Road
Elgin, IL 60123


Sherman Hospital
1425 North Randall Road
Elgin, IL 60123


Sonnenschein Fnl Svcs
2 Transam Plaza Dr Ste 3
Oakbrook Terrace, IL 60181


Souma Diagnostics
c/o pbp P.O. Box 11690
Chicago, IL 60611-1690


Source Receivables Management
o/b/o Premier Bank Card
3859 Battleground Avenue, Suite 303
Greensboro, NC 27410


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


Sprint
PO Box 4191
Carol Stream, IL 60197-4191
```

```
Stanisccontr
914 14th St
Modesto, CA 95354-1011


Stanisccontr
914 14th St
Modesto, CA 95354-1011


State Collection
o/b/o MHS Services
PO Box 6250
Madison, WI 53701


Tele-Colection Systems
Two TransAm Plaza, Suite 300
Oakbrook Terrace, IL 60181


TransworldSystems
2235 Mercury Way, Suite 275
Santa Rosa, CA 95407


Travelers Property Casualty
PO Box 179
Manchester, NH 03101-1514


Tri State Adjustment F
440 Challenge St
Freeport, IL 61032


Tri-State ADJ Freeport
o/b/o Gary Dettman, DDS
440 Challenge Street
Freeport, IL 61032


Tribute
Po Box 105555
Atlanta, GA 30348


Trojan Professional Se
4410 Cerritos Ave
Los Alamitos, CA 90720
```

Unique National
o/b/o Algonquin Public Library
119 E. Maple Street
Jeffersonville, IN 47130


United Credit Service
o/b/o MHS Physicians
PO Box 740
Elkhorn, WI 53121


Village of Lake in the Hills
600 Harvest Gate
Lake in the Hills, IL 60156